**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| | : | **MDL DOCKET NO. 4:03-CV-1507-BRW** |
| **IN RE:** | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | **ALL CASES in EXHIBIT A** |

**ORDER**

By 5:00 p.m., Monday, April 8, 2013, please provide me (by filing on CM-ECF) with the FDA's correspondence with Barr, from 2000, that you mentioned in your Amended Complaint.

By the same deadline, Plaintiffs, who have not already done so in their amended complaints, must file an addendum specifically setting out which Defendant's drug was ingested when, *e.g.* Plaintiff ingested drug A, manufactured by Defendant B, from March 1999-August 2002; Plaintiff ingested drug C, manufactured by Defendant D, from June 1989-March 2000.

IT IS SO ORDERED this 1st day of April, 2013.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

**EXHIBIT A**

4:05-cv-00146-BRW Lee v. Wyeth, et al
4:05-cv-01366-BRW Cain v. Pharmacia a Upjohn Company LLC et al
4:06-cv-00079-BRW Hinkle v. Wyeth et al
4:08-cv-03833-BRW Humphreys v. Wyeth, et al
4:10-cv-00656-BRW Wilson v. Wyeth LLC et al

4:10-cv-00923-BRW Meranto v. Wyeth LLC et al
4:10-cv-01034-BRW Howard v. Wyeth LLC et al
4:10-cv-00370-BRW Steele et al v. Wyeth et al
4:10-cv-00605-BRW Sargent v. Wyeth LLC et al
4:08-cv-03723-BRW Cornell v. Wyeth, et al

4:10-cv-00611-BRW Sundall v. Wyeth LLC et al
4:10-cv-00681-BRW Garcia v. Wyeth LLC et al
4:10-cv-00813-BRW Swanson v. Wyeth LLC et al
4:11-cv-00110-BRW Johnson v. Wyeth LLC et al
4:05-cv-01245-BRW Nikolchev et al v. Wyeth Pharmaceuticals Inc et al

4:06-cv-00294-BRW Ridgeway et al v. Wyeth et al
4:10-cv-01212-BRW Denney v. Wyeth LLC et al
4:05-cv-00614-BRW Campbell v. Wyeth, et al
4:10-cv-00505-BRW Walton v. Wyeth LLC et al
4:11-cv-00787-BRW Riegle et al v. Wyeth LLC et al

4:05-cv-00206-BRW Posey et al v. Wyeth et al
4:08-cv-00864-BRW Barnes v. Wyeth et al
4:10-cv-01267-BRW Owens et al v. Wyeth LLC et al
4:10-cv-00478-BRW Evosevich et al v. Wyeth LLC et al
4:10-cv-00609-BRW Walther v. Wyeth LLC et al

4:10-cv-01040-BRW Crane v. Wyeth LLC et al
4:09-cv-00741-BRW Frambs v. Wyeth et al
4:06-cv-01455-BRW Neubarth v. Wyeth et al
4:07-cv-00558-BRW Dale v. Wyeth et al
4:06-cv-01120-BRW White-Brown v. Wyeth et al

4:06-cv-00800-BRW Thomas v. Wyeth et al
4:05-cv-01573-BRW Beaver v. Wyeth et al
4:05-cv-00910-BRW Wilkerson v. Wyeth Inc, et al
4:06-cv-01650-BRW Chambers v. Wyeth et al
4:06-cv-01339-BRW Kinser v. Wyeth et al

4:04-cv-00717-BRW Lund v. Wyeth, et al
4:10-cv-01061-BRW Struckmann v. Wyeth LLC et al
4:06-cv-01502-BRW Rosenbloom et al v. Wyeth et al
4:08-cv-02388-BRW McCarthy v. Wyeth Pharmaceuticals Inc et al
4:08-cv-03207-BRW McLain v. Wyeth et al

4:06-cv-01048-BRW Goodman v. Wyeth et al
4:07-cv-00478-BRW Harding v. Wyeth et al
4:10-cv-00350-BRW Banks v. Wyeth LLC et al
4:05-cv-01793-BRW Keener v. Pfizer Inc et al
4:08-cv-00402-BRW Kielty v. Wyeth et al

4:06-cv-01127-BRW Wojcik v. Wyeth et al
4:05-cv-00558-BRW Aenoro, et al v. Wyeth, et al
4:06-cv-01564-BRW Sayers v. Wyeth et al
4:08-cv-01999-BRW Weaver v. Wyeth et al
4:10-cv-00988-BRW Anglin v. Wyeth LLC et al

4:08-cv-03699-BRW Hennin v. Wyeth Inc et al
4:04-cv-01223-BRW Alexander et al v. Wyeth LLC et al
4:06-cv-01345-BRW Clement et al v. Wyeth et al
4:06-cv-00938-BRW Wright v. Wyeth et al
4:06-cv-01617-BRW Koch v. Wyeth et al

4:05-cv-00253-BRW Palomo, et al v. Wyeth, et al
4:04-cv-00723-BRW Gallegos v. Wyeth
4:08-cv-02413-BRW Cook v. Wyeth et al
4:05-cv-01246-BRW Anderson et al v. Wyeth Pharmaceuticals Inc et al
4:06-cv-01679-BRW Rittenberry v. Wyeth et al

4:08-cv-03121-BRW Reed v. Pfizer Inc et al
4:04-cv-01294-BRW Cheltra v. Wyeth, et al
4:10-cv-01029-BRW Beylen v. Wyeth LLC et al
4:10-cv-01030-BRW Contreras v. Wyeth LLC et al
4:06-cv-01438-BRW Zimmerman v. Wyeth et al

4:08-cv-03178-BRW Johann v. Wyeth et al
4:09-cv-00103-BRW Huff v. Barr Laboratories Inc et al
4:08-cv-02313-BRW Weaver v. Wyeth et al
4:11-cv-00098-BRW Grobstein v. Wyeth LLC et al
4:06-cv-01398-BRW Puzzuole v. Wyeth et al

4:11-cv-00203-BRW Whatley et al v. Wyeth LLC et al
4:08-cv-03777-BRW Goodman et al v. Wyeth, et al
4:08-cv-03923-BRW Saunders et al v. Wyeth, et al
4:08-cv-04017-BRW Utt et al v. Wyeth, et al
4:10-cv-00839-BRW Tallent v. Wyeth LLC et al

4:10-cv-00798-BRW Cox, Carolyn
4:10-cv-01035-BRW Stanionis v. Wyeth LLC et al
4:11-cv-00096-BRW Boles v. Wyeth LLC et al
4:11-cv-00097-BRW EDen v. Wyeth LLC et al
4:08-cv-01687-BRW Peterson v. Wyeth et al

4:10-cv-00912-BRW Jacquemart v. Wyeth LLC et al
4:06-cv-00160-BRW Giambrone v. Wyeth et al
4:10-cv-00438-BRW Langren v. Wyeth LLC et al
4:11-cv-00100-BRW Hruska v. Wyeth LLC et al
4:08-cv-01393-BRW Fisher v. Wyeth et al

4:08-cv-03167-BRW Bumpas v. Wyeth et al
4:05-cv-00382-BRW McMurray v. Wyeth Pharmaceutical, et al
4:06-cv-00443-BRW Plowman et al v. Wyeth et al
4:08-cv-03631-BRW Alvarran et al v. Wyeth, et al
4:08-cv-02116-BRW Blaisdell v. Wyeth et al

4:05-cv-00832-BRW Mason et al v. Wyeth et al
4:06-cv-01506-BRW Balis et al v. Wyeth et al
4:05-cv-01433-BRW Bowling et al v. Wyeth et al
4:05-cv-00380-BRW Iyk, et al v. Wyeth Pharmaceutical, et al
4:05-cv-00969-BRW Shea et al v. Wyeth Pharmaceuticals Inc et al

4:08-cv-02314-BRW Kropf v. Wyeth et al
4:10-cv-00578-BRW Hansmann v. Wyeth LLC et al
4:10-cv-00828-BRW Cassidy v. Pfizer Inc et al
4:06-cv-00916-BRW Lyons v. Wyeth et al
4:05-cv-00075-BRW Clouser v. Wyeth, et al

4:05-cv-00396-BRW Daly v. Wyeth, et al
4:05-cv-00423-BRW Weissmer, et al v. Wyeth Pharmaceutical, et al
4:06-cv-01488-BRW Roseman v. Wyeth et al
4:07-cv-00419-BRW Tangman et al v. Wyeth et al
4:10-cv-00421-BRW Bledsoe v. Wyeth LLC et al

4:10-cv-00587-BRW Lopez v. Wyeth LLC et al
4:10-cv-00457-BRW Knutson v. Wyeth LLC et al
4:10-cv-00683-BRW Ferguson v. Wyeth LLC et al
4:10-cv-00792-BRW King v. Pfizer Inc et al
4:10-cv-00818-BRW Fornberg v. Pfizer Inc et al

4:10-cv-00842-BRW Beedle v. Wyeth LLC et al
4:10-cv-00989-BRW Dahlman v. Wyeth LLC et al
4:10-cv-01046-BRW Meiller v. Wyeth LLC
4:10-cv-01060-BRW Sain v. Wyeth LLC et al
4:11-cv-00113-BRW Fields v. Wyeth LLC et al

4:08-cv-03213-BRW Weinfurtner v. Wyeth et al
4:10-cv-00941-BRW Mangan v. Wyeth LLC
4:10-cv-00569-BRW Williams v. Wyeth LLC et al
4:06-cv-00821-BRW Goldberg v. Wyeth et al
4:05-cv-01404-BRW Moisi v. Wyeth Pharmaceuticals Inc et al

4:10-cv-01080-BRW Dasen v. Wyeth LLC et al
4:07-cv-00731-BRW Irwin et al v. Wyeth et al
4:06-cv-00493-BRW Bolton et al v. Wyeth et al
4:10-cv-01039-BRW Gilmore v. Wyeth LLC et al
4:06-cv-00430-BRW Dudley v. Wyeth et al

4:08-cv-03677-BRW Burton et al v. Wyeth, et al
4:04-cv-02316-BRW Meyer, et al v. Wyeth, et al
4:05-cv-00427-BRW Mullikin v. Wyeth Pharmaceutical, et al
4:08-cv-03985-BRW Mitchelll v. Wyeth, et al
4:10-cv-00632-BRW Mehr v. Wyeth LLC et al

4:10-cv-00921-BRW Bussart v. Wyeth LLC et al
4:10-cv-01236-BRW Owen v. Pfizer Inc et al
4:05-cv-00406-BRW Shareff v. Wyeth Pharmaceutical, et al
4:06-cv-01022-BRW Black v. Wyeth et al
4:06-cv-01443-BRW Johnson v. Wyeth et al

4:08-cv-01848-BRW Weaver v. Barr Pharmaceuticals Inc et al
4:08-cv-03905-BRW Mayo et al v. Wyeth, et al
4:10-cv-00687-BRW Clausen v. Watson Laboratories Inc et al
4:10-cv-00935-BRW Wood v. Wyeth LLC et al
4:10-cv-00955-BRW Provasnik v. Wyeth Inc et al

4:10-cv-01241-BRW Martin v. Watson Laboratories Inc et al
4:06-cv-01165-BRW Cavaliere v. Wyeth et al
4:07-cv-00095-BRW Williams et al v. Wyeth et al
4:10-cv-00461-BRW Slaton v. Wyeth LLC et al
4:06-cv-01516-BRW Schultz v. Wyeth et al

4:08-cv-00462-BRW Okon v. Wyeth et al
4:08-cv-03211-BRW Haupert v. Wyeth et al
4:08-cv-03913-BRW Roy et al v. Wyeth, et al
4:08-cv-04087-BRW Poe et al v. Wyeth, et al
4:10-cv-00542-BRW Geneve v. Pfizer Inc et al

4:11-cv-00322-BRW Mari v. Bristol Myers Squibb Company et al
4:06-cv-01224-BRW Bradley v. Wyeth et al
4:08-cv-00699-BRW Draper et al v. Wyeth et al
4:06-cv-00784-BRW Naquin et al v. Wyeth et al
4:08-cv-03932-BRW Scott et al v. Wyeth, et al

4:10-cv-00475-BRW Hart et al v. Wyeth LLC et al
4:10-cv-01272-BRW Mosely v. Wyeth LLC et al
4:08-cv-03119-BRW Estell v. Wyeth et al
4:08-cv-03927-BRW Scarbro et al v. Wyeth, et al
4:05-cv-01575-BRW Miller v. Wyeth et al

4:05-cv-01896-BRW Johnson v. Wyeth et al